UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

           Plaintiff,        CIV. S-05-1326 GEB PAN PS

    v.

UNITED STATES GOVERNMENT,       FINDINGS AND RECOMMENDATIONS

           Defendant.

—oOo—

    On June 30, 2005, plaintiff filed a declaration entitled "Forma Pauperis Application" which states, "I, David Anthony Fallon, hereby state that I have $280.00 in cash and personal property of little value." The accompanying complaint seeks "one trillion dollars" from the U.S. Government due to plaintiff's status as an "injured victim of crime, going to the local police station to report that crime, and being refused medical treatment."

    Plaintiff's declaration fails to provide sufficient

1  information for this court to assess plaintiff's financial status
2  and therefore fails to demonstrate plaintiff is unable to pay the
3  filing fee without compromising his ability to provide himself
4  and his dependents with the necessities of life.  See 28 U.S.C.
5  § 1915(a)(1); Adkins v. E.I. Dupont de Nemours & Co., 335 U.S.
6  331, 339 (1948).  Moreover, plaintiff's complaint fails to state
7  a claim upon which relief may be granted.  See 28 U.S.C. §§
8  1915(e)(2)(B)(ii).

9        Accordingly, I recommend that plaintiff's application to
10 proceed in forma pauperis be denied and the Clerk of Court
11 directed to close this file.

12       Additionally, I recommend plaintiff be ordered to show
13 cause why he should not be sanctioned.  Plaintiff has filed
14 twenty-four actions in this court since 1996; this is the fourth
15 of plaintiff's applications to proceed in forma pauperis assigned
16 to this judge within the last three months.  Like those before,
17 the instant application is not only inadequate (plaintiff again
18 fails to utilize the detailed applications authorized by the
19 court) but is attached to a complaint that seeks extraordinary
20 damages from the federal government for actions that fail to
21 state a claim for relief.  In my findings and recommendations
22 filed June 6, 2005, in Civ. S-05-979 WBS PAN PS, I cautioned
23 plaintiff he may be sanctioned if he continued to file such
24 matters.  Additionally, all of plaintiff's papers are handwritten
25 and difficult to decipher.  In Civ. S-05-979 WBS PAN PS, Judge
26 Shubb rejected plaintiff's objections, denied plaintiff's

application and dismissed plaintiff's complaint on the ground "the court cannot read plaintiff's handwriting on any of his pleadings."

Accordingly, I further recommend plaintiff be ordered, pursuant to Fed. R. Civ. P. 11(c)(1)(B), to show cause in writing within ten (10) days of service of this order why he should not be fined $50.00 for again filing an incomplete application to proceed in forma pauperis and a proposed complaint that fails to state a claim upon which relief can be granted.

These findings and recommendations are submitted to the Honorable Garland E. Burrell, Jr., the United States District Judge assigned to this case.  28 U.S.C. § 636(b)(l).  Written objections may be filed within ten days after being served with these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 27, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge