UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        CIV. S-05-1326 GEB PAN PS

    v.

UNITED STATES GOVERNMENT,        ORDER

        Defendant.

-o0o-

    On July 28, 2005, I recommended that plaintiff's application to proceed in forma pauperis be denied, this file closed, and plaintiff ordered to show cause in writing within ten days why sanctions should not be imposed for his repeated filing of incomplete in forma pauperis applications with enigmatic complaints seeking excessive damages.

    The Clerk of Court attempted to serve the findings and recommendations by mail on July 28; on August 17, the document was returned as undeliverable because unclaimed.

On October 24, 2005, plaintiff filed yet another "motion" to proceed in forma pauperis (Civ.S-05-2139 DFL PAN PS), and provided a new mailing address.

Accordingly, the Clerk of Court shall serve upon plaintiff at his new address a copy of this order and this court's findings and recommendations filed July 28.

So ordered.

Dated: November 9, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge