IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

           Plaintiff,          2:05-cv-1326-GEB-PAN-PS

     v.

UNITED STATES GOVERNMENT,         ORDER

           Defendant.
_____/

      This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On July 28, 2005, Judge Nowinski recommended that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be ordered to show cause why he should not be sanctioned for his repeated filing of frivolous documents.  No objections to the findings and recommendation have been filed, despite reservice on November 10, 2005.

1    The court has reviewed the file and finds the findings

2 and recommendations to be supported by the record and by the

3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

4 that:

5    1.  The Findings and Recommendations filed July 28,

6 2005, are adopted except for the portion recommending issuance of

7 an order to show; and

8    2.  This action is dismissed.

9 Dated:  January 11, 2006

10

                                    /s/ Garland E. Burrell, Jr.
11                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26